

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHELLE A. CUMMINGS,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SAFEGUARD PROPERTIES, LLC, an Ohio Limited Liability Company, WIND & WATER L.L.C., a Montana Limited Liability Company, DAVID H. COUCH, an Individual, and JOHN DOES A-Z,<br><br>Defendants. | CAUSE NO. CV-16-22-BLG-SPW-TJC<br><br>ORDER<br>DISMISSING CLASS CLAIMS<br>AND AMENDING CAPTION |

Upon reviewing Plaintiff, Michelle A. Cummings' Unopposed Motion to Dismiss Class Allegations and Amend Caption (Doc. 60), and for good cause appearing,

**IT IS HEREBY ORDERED** that the claims brought on behalf of a potential class of individuals in Ms. Cummings' First Amended Complaint are dismissed, and only those claims brought on behalf of Ms. Cummings individually remain at issue.

1

**IT IS FURTHER ORDERED** that the caption is amended as shown on this Order with Ms. Cummings as the single, individual Plaintiff.

DATED this 11th day of January 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge