# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MICHELLE A. CUMMINGS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS, SAFEGUARD PROPERTIES, LLC, an Ohio Limited Liability Company, WIND & WATER, LLC, a Montana Limited Liability Company, DAVID H. COUCH, an individual, and JOHN DOES A-Z,<br><br>Defendants. | Case No. 16-CV-00022-SPW-TJC<br><br><br>**ORDER GRANTING DEFENDANTS AGREED MOTION FOR LEAVE FOR PARTY REPRESENTATIVES TO APPEAR BY TELEPHONE** |

Before this Court is Defendants Bank of America, N.A., Safeguard Properties, L.L.C., Wind & Water LLC, and David H. Couch's (collectively "Defendants") Unopposed Motion for Leave to Allow One Party Representative to Appear in Person and for All Others to Appear by Telephone. For good cause and exceptional circumstances shown, the Court Grants the Motion and the Defendants shall have at least one party representative present in person at the settlement

1

1728565/4767.040

conference to be held on February 10, 2017. Any Defendants without a party representative present in person shall have a representative available by telephone at all times during the duration of the settlement conference.

DATED this 31st day of January, 2017.

/s/ John Johnston
John Johnston
United States Magistrate Judge