

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHELLE A. CUMMINGS,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SAFEGUARD PROPERTIES, LLC, an Ohio Limited Liability Company, WIND & WATER L.L.C., a Montana Limited Liability Company, DAVID H. COUCH, an Individual, and JOHN DOES A-Z,<br><br>Defendants. | CAUSE NO. CV-16-22-BLG-SPW-TJC<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

The Parties have agreed to a comprehensive, confidential, final and irrevocable settlement of the above-entitled case among and between them, and have by Stipulation (Doc. 71) filed herein agreed that this Honorable Court may, without further notice, enter a judgment of dismissal of the above-entitled case, with prejudice. Therefore, pursuant to the Stipulation for Dismissal with Prejudice (Doc. 71),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment of dismissal is hereby made and the above-entitled case is hereby DISMISSED WITH PREJUDICE, against Defendants as fully and finally settled on the merits, with the Parties to pay their respective costs, expenses and attorney fees.

DATED this 28th day of March, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge